No. 881.  CHARLES F. ALLEN, EXECUTOR, ETC., PETITIONER, *v.* SEABOARD AIR LINE RAILWAY ET AL.  January 6, 1913.  Petition for a writ of certiorari to the United

States Circuit Court of Appeals for the Second Circuit denied. Mr. *Ferdinand E. M. Bullowa* for the petitioner. Mr. *James Byrne* for the respondents.